Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOE S. BOOKE and MECHELLE R. BOOKE, husband and wife, and the marital community composed thereof, and as Guardians of KJB, a minor,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>ROSE ART, INC., believed to be a New Jersey corporation; MEGABLOKS, INC., a foreign corporation; ABC CORPORATIONS 1-10, believed to be the parent corporation(s) of Rose Art, Inc.; and ABC CORPORATIONS 11-20, believed to be wholly owned subsidiaries of Rose Art, Inc.,<br><br>　　　　　　　Defendants. | Case No. CV06-0434 JCC<br><br>**STIPULATED MOTION TO SEAL FILE AND AGREED ORDER** |

## **STIPULATION**

COME NOW the undersigned parties and respectfully request that Court seal the Petition for Approval of Minor Settlement, Report of the Guardian ad Litem, and Order Approving Minor Settlement, and any other document containing reference to the settlement amount and/or distribution allocation in the above-referenced file. This case arises out of the

STIPULATED MOTION TO SEAL FILE
AND AGREED ORDER  (CV06-0434 JCC) - 1

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
206.441.4110
(F) 206.441.4220

injuries to a minor child. The case has settled and the parties have agreed that these court files be sealed.

This case did not proceed through discovery or substantive motions, and so, materials related to liability issues are not contained in these files. The information contained in these files concerns the injuries to the child, which should remain private, and it is important to the plaintiffs that the Petition for Approval of Minor Settlement, Report of the Guardian ad Litem, Order Approving Minor Settlement, and any document referencing the settlement amount or distribution allocation remain confidential for obvious reasons. The public interest would not be served by disclosing this private information because:

1. The materials in these files are made up of documents normally protected by physician-patient privilege that would normally be exempt from public review;

2. Sealing the record is necessary to fulfill the strong public policy of encouraging settlements because the parties bargained for, and agreed to, confidentiality as a material element of the settlement;

3. The materials sought to be sealed do not contain substantive information that will assist others in similar litigation;

4. Disclosure of the settlement terms, settlement amount, medical information, personal and financial information regarding the child, distribution allocation, and other materials will not serve the public interest; and

5. Confidentiality of the settlement terms and private information in this matter outweighs any other person's or entity's need to know.

STIPULATED MOTION TO SEAL FILE
AND AGREED ORDER  (CV06-0434 JCC) - 2

OSBORN MACHLER
2125 Fifth Avenue
Seattle, WA 98121
206.441.4110
(F) 206.441.4220

Case 2:06-cv-00434-JCC   Document 28   Filed 11/17/06   Page 3 of 3

DATED this _____ day of _____, 2006.

| OSBORN MACHLER | OGDEN MURPHY WALLACE |
|---|---|
| By_____<br>Simeon J. Osborn, WSBA #14484<br>Attorney for Plaintiffs | By_____<br>D. K. Yoshida, WSBA #_____<br>Attorney for Defendant Rose Art Industries, Inc. |

WILLIAMS KASTNER & GIBBS

By _____
Jeffrey R. Johnson, WSBA #_____
Attorney for Defendant Mega Bloks, Inc.

## ORDER

Based upon the foregoing stipulation, IT IS ORDERED that the Petition for Approval of Minor Settlement, Report of the Guardian ad Litem, Order Approving Minor Settlement and any documents referencing settlement terms or distribution allocation shall be filed under seal, and the Clerk of the Court is instructed to do so and keep these pleadings and documents under seal.

DATED THIS 17th day of November, 2006.

*/s/ John C. Coughenour*

UNITED STATES DISTRICT JUDGE

<pre>
STIPULATED MOTION TO SEAL FILE                    OSBORN MACHLER
AND AGREED ORDER  (CV06-0434 JCC) - 3              2125 Fifth Avenue
                                                   Seattle, WA 98121
                                                   206.441.4110
                                                   (F) 206.441.4220
</pre>