THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOE S. BOOKE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROSE ART, INC. *et al.*, <br><br> Defendants. | CASE NO. C06-0434-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiff's motion for release of settlement funds (Dkt. No. 40.) This case involved a suit to recover damages that Mr. Booke suffered while he was a minor. (*See generally* Dkt. No. 2.) At the time the case settled, Mr. Booke was still a minor. (Dkt. No. 40 at 1.) Consequently, portions of the settlement fund were deposited with KeyBank in two blocked accounts. (*Id.* at 1-2.) Mr. Booke now seeks release of the funds from those accounts because he is over the age of eighteen. (*Id.* at 1.) The Court hereby GRANTS Plaintiff's motion and ORDERS that KeyBank is authorized and directed to disburse directly to Mr. Booke any and all funds, plus any interest accrued, held in account number 9547 and account number 5631. These funds shall be released directly to Mr. Booke.

Upon receipt of the funds from the blocked accounts, Mr. Booke will file a Receipt of Funds From Blocked Financial Account (RCP) with the Court.

1    DATED this 7th day of November 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C06-0434-JCC
PAGE - 2